**Order entered June 3, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00340-CV

**T. CHRISTIAN COOPER, Appellant**

**V.**

**SANDERS H. CAMPBELL/RICHARD T. MULLEN, INC.
D/B/A THE MULLEN COMPANY, Appellee**

**On Appeal from the 162nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-12-15127**

## ORDER

We **GRANT** the June 2, 2015 motion of Sheretta Martin, Official Court Reporter for the 162nd Judicial District Court, for an extension of time to file the reporter's record. The reporter's record shall be filed by **JUNE 22, 2015**.

/s/      ELIZABETH LANG-MIERS
JUSTICE